## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JONATHAN SCOTT HEMPHILL<br><br>    Debtors.<br>-------------------------------------------------<br>JONATHAN SCOTT HEMPHILL,<br><br>    Movant,<br><br>    v.<br><br>GREAT LAKES BEHAVIORAL<br>RESEARCH INSTITUTE ,<br><br>    Respondent. | Case No. 19-21547-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 15 |

### CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on April 24, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

Great Lakes Behavioral Research Institute
Attn: Payroll
9515 Goehring Road
Cranberry Township, PA 16066

EXECUTED ON: April 24, 2019            Respectfully submitted:


                                                         /s/ Aurelius P. Robleto
                                                         Aurelius P. Robleto
                                                         PA I.D. No. 94633
                                                         ROBLETO LAW, PLLC
                                                         Three Gateway Center
                                                          401 Liberty Avenue, Suite 1306
                                                          Tel:  (412) 925-8194
                                                          Fax: (412) 346-1035
                                                          apr@robletolaw.com