# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 19-21547 |
| **Jonathan Scott Hemphill** | Chapter 13 |
| | Judge Gregory L. Taddonio |
| **Debtor(s)** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | **September 9, 2020 at 10:30 a.m.** |
| vs | |
| | Courtroom A on the 54th Floor of the U.S. |
| **Jonathan Scott Hemphill** | Steel Tower |
| | 600 Grant Street, Pittsburgh, PA 15219 |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY (TELEPHONIC PROCEDURE EFFECTIVE MARCH 13, 2020)

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 29, 2020 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **September 9, 2020 at 10:30 a.m.** before Judge Gregory L. Taddonio.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscouts.gov/procedures-2.

19-015312_BEW1

   Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 08/12/2020 _____

                 /s/ Sarah E. Barngrover
                 Karina Velter, Esquire (94781)
                 Adam B. Hall (323867)
                 Sarah E. Barngrover (323972)
                 Edward H. Cahill (0088985)
                 Manley Deas Kochalski LLC
                 P.O. Box 165028
                 Columbus, OH  43216-5028
                 Telephone: 614-220-5611
                 Fax: 614-627-8181
                 Attorneys for Creditor
                 The case attorney for this file is Karina Velter.
                 Contact email is kvelter@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-21547** |
| **Jonathan Scott Hemphill** : | **Chapter 13** |
| : | **Judge Gregory L. Taddonio** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | **September 9, 2020 at 10:30 a.m.** |
| : | |
| **vs** : | |
| : | |
| **Jonathan Scott Hemphill** : | **Courtroom A on the 54th Floor of the U.S.** |
| : | **Steel Tower** |
| **Ronda J. Winnecour** : | **600 Grant Street, Pittsburgh, PA 15219** |
| **Respondents.** : | |

**CERTIFICATE OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 8/12/2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ecf and first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 08/12/2020

By: /s/ Sarah E. Barngrover
Signature
Sarah E. Barngrover
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

19-015312_BEW1

_323972_____
List Bar I.D. and State of Admission

19-015312_BEW1

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Aurelius P. Robleto, Attorney for Debtor, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222 (notified by ecf)

Jonathan Scott HemphillDebtor, 6342 Churchill Rd, Bethel Park, PA  15102-3159 (notified by regular US Mail)

19-015312_BEW1