**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-21547** |
| **Jonathan Scott Hemphill** | : | **Chapter 13** |
| | : | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **September 9, 2020 at 10:30 a.m.** |
| | : | |
| **Jonathan Scott Hemphill** | : | **Courtroom A on the 54th Floor of the U.S.** |
| | : | **Steel Tower** |
| **Ronda J. Winnecour** | : | **600 Grant Street, Pittsburgh, PA 15219** |
| **Respondents.** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN
CHASE BANK, N.A. TO REPOSSESS THE 2017 SUBARU OUTBACK WITH THE
VEHICLE IDENTIFICATION NUMBER 4S4BSADC2H3234661 (DOCUMENT NO. 41)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on August 12, 2020 at Document No. 41 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 29, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Sarah E. Barngrover
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)

19-015312_BEW1

                    Edward H. Cahill (0088985)
                    Manley Deas Kochalski LLC
                    P.O. Box 165028
                    Columbus, OH  43216-5028
                    Telephone: 614-220-5611
                    Fax: 614-627-8181
                    Attorneys for Creditor
                    The case attorney for this file is Karina Velter.
                    Contact email is kvelter@manleydeas.com

19-015312_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-21547** |
| **Jonathan Scott Hemphill** | **Chapter 13** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| **vs** | **September 9, 2020 at 10:30 a.m.** |
| | |
| **Jonathan Scott Hemphill** | **Courtroom A on the 54th Floor of the U.S. Steel Tower** |
| **Ronda J. Winnecour** | **600 Grant Street, Pittsburgh, PA 15219** |
| **Respondents.** | |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS THE 2017 SUBARU OUTBACK WITH THE VEHICLE IDENTIFICATION NUMBER 4S4BSADC2H3234661 (DOCUMENT NO. 41)**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 8/31/2020 .

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ecf and first class mail .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 08/31/2020

By: /s/ Sarah E. Barngrover
Signature
Sarah E. Barngrover
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611

19-015312_BEW1

Phone No.
<u>323972</u>
List Bar I.D. and State of Admission

19-015312_BEW1

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Aurelius P. Robleto, Attorney for Debtor, Robleto Kuruce, PLLC, 601 Penn Avenue, Suite 201, Suite 1306, Pittsburgh, PA 15206 (notified by ecf)

Jonathan Scott Hemphill, Debtor, 6342 Churchill Rd, Bethel Park, PA 15102-3159 (notified by regular US Mail)

19-015312_BEW1