FILED
9/1/20 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Case No.: 19-21547 |
| **Jonathan Scott Hemphill** | Chapter 13 |
| | Judge Gregory L. Taddonio |
| Debtor(s). | |
| **JPMorgan Chase Bank, N.A.** | Date and Time of Hearing |
| Movant, | September 9, 2020 at 10:30 a.m. |
| vs | |
| | Place of Hearing |
| **Jonathan Scott Hemphill** | Courtroom A on the 54th Floor of the U.S. Steel Tower |
| **Ronda J. Winnecour** | 600 Grant Street, Pittsburgh, PA 15219 |
| Respondents. | Related to Docket No. 41 |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER __41__ ) REGARDING 2017 SUBARU OUTBACK WITH VIN# 4S4BSADC2H3234661

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by JPMorgan Chase Bank, N.A. ("Creditor") (Docket __41__ ).

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s). Creditor is directed to file a report of sale promptly following liquidation of the 2017 Subaru Outback with the Vehicle Identification Number 4S4BSADC2H3234661 (the "Collateral") if any excess proceeds are received. Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

Date: _September 1, 2020

_____
Judge Gregory L. Taddonio
United States Bankruptcy Judge

**SUBMITTED BY**:

/s/ Sarah E. Barngrover
_____
Karina Velter (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

CC:

**ENTERED BY DEFAULT**

Jonathan Scott Hemphill, 6342 Churchill Rd, Bethel Park, PA  15102-3159
(notified by regular US Mail)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan Scott Hemphill  
    Debtor

Case No. 19-21547-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Sep 01, 2020  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.  
db         Jonathan Scott Hemphill,    6342 Churchill Rd,    Bethel Park, PA   15102-3159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:  
         Aurelius P. Robleto    on behalf of Debtor Jonathan Scott Hemphill apr@robletolaw.com,  
          rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com  
         James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
          jbluemle@bernsteinlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Sarah Barngrover    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
                                                                                                                    TOTAL: 9