**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/23/2021

IN RE:

JONATHAN SCOTT HEMPHILL
6342 CHURCHILL RD
BETHEL PARK, PA 15102-3159
XXX-XX-0985          Debtor(s)

Case No. 19-21547 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/23/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **STEPHEN R FRANKS ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 17,518.97<br>COMMENT: $CL1GOVS@0%MDF*FR 1ST NTL BNK-DOC 49 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3517 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: CL14GOV*1615/PL*1612.55 X (60+2)=LMT*BGN 5/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9236 |
| **JORDAN TAX SERVICE INC****<br>102 RAHWAY RD<br>MC MURRAY, PA 15317 | Trustee Claim Number: 6   INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 75.00<br>COMMENT: NT ADR~NO YRS~ SD BORO TYPE?/SCH@PRI | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2743 |
| **ESA**<br>C/O ECMC(*)<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 4,527.13<br>COMMENT: X0002/SCH@AES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0985 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0005 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 6,967.59<br>COMMENT: X0863/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2005 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 4,646.01<br>COMMENT: AVANT/WEBBANK*REF 3485011504 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2921 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 4,759.77<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9854 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,600.42<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8856 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 8,949.42<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3058 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,935.59<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0967 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,393.96<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7790 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3018 |
| **MARCUS BY GOLDMAN SACHS**<br>PO BOX 45400<br>SALT LAKE CITY, UT 84145-0400 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6530 |

# CLAIM RECORDS

| Creditor | Trustee/Court Claim Info | Creditor Description / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 693.99<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0242 |
| **REDBRICK FINANCIAL GROUP INC**<br>PO BOX 637<br><br><br>DES MOINES, IA  50303 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 8,750.40<br>COMMENT: X9692/SCH*11/17 DEBT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0985 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 3,925.27<br>COMMENT: BEST EGG*INSUFF POD*2017 LOAN*FR SST-DOC 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0990 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5437 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br><br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 4,854.91<br>COMMENT: RS/OE*CL3GOVS*4490/PL~BGN 5/19*NO$/SCH G*342.74 x11REM +1084.77 ARRS=C | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5500 |
| **SUNDANCE VACATIONS**<br>ATTN: LEGAL DEPT<br>264 HIGHLAND PARK BLVD<br><br>WILKES BARRE, PA  18702 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WHITNEY HIGGINBOTHAM-HEMPHILL**<br>6242 CHURCHILL RD<br><br><br>BETHEL PARK, PA  15102 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 310.00<br>COMMENT: AMT/PL*OE 2PAY IN INSTALLMENTS*PAY/PL~JSP*DKT | CRED DESC: FILING FEES<br>ACCOUNT NO.: 19-21547GLT |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br><br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 0.00<br>COMMENT: CL BAL: 20799.23*W/25 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5550 |
| **S JAMES WALLACE ESQ****<br>GRB LAW<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O M & T BANK | Court Claim Number:14 | ACCOUNT NO.: 9236 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  4,952.34 | |
| BUFFALO, NY  14240-1288 | COMMENT:  CL14GOV*$0 ARRS/PL*THRU 4/19 | |
| | | |
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:13 | ACCOUNT NO.: 0001 |
| | CLAIM:  1,462.93 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |
| | | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:33  INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:16 | ACCOUNT NO.: J661 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  CL16GOV*887J661*NT/SCH-PL*WNTS 12%*2019*TIMELY*W/34*CL = $1.89~PIF/CRED | |
| | | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:16 | ACCOUNT NO.: J661 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  CL16GOV*887J661*NT/SCH-PL*NON INT*2019*TIMELY*W/33*CL=.11~PIF/CRED | |