**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/2/22 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re:<br>JONATHAN SCOTT HEMPHILL,<br>    Debtor(s).<br>-------------------------------------------<br>JONATHAN SCOTT HEMPHILL,<br>    Movant,<br>    v.<br>GREAT LAKES BEHAVIORAL<br>RESEARCH INSTITUTE<br>and RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>    Respondent(s). | Case No. 19-21547-GLT<br><br>Chapter 13<br><br><br>Related to Doc. Nos. 60 & 64 |

## ORDER GRANTING EX PARTE MOTION TO TERMINATE WAGE ATTACHMENT

Upon consideration of the Debtor's Motion to Terminate Order Directing Respondent to Pay Trustee Pursuant to Wage Attachment, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the November 30, 2021 Order directing Great Lakes Behavioral Research Institute to remit wages [doc. no. 60] is hereby VACATED; and it is further

ORDERED that the Debtor shall serve a copy of this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 that includes the Debtor's full Social Security Number on the above-named entity. The Debtor shall file a certificate of service regarding service of this Order and Local Bankruptcy Form 12, but the Social Security Number shall not be included on the certificate; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

ENTERED: February 2, 2022

_____
Gregory L. Taddonio    drb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21547-GLT |
| Jonathan Scott Hemphill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jonathan Scott Hemphill, 6342 Churchill Rd, Bethel Park, PA 15102-3159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Debtor Jonathan Scott Hemphill apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Stephen Russell Franks | |

on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 8