**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-21547-GLT |
| JONATHAN SCOTT HEMPHILL | Chapter 13 |
| Debtors. | |
| ------------------------------------------------ | |
| JONATHAN SCOTT HEMPHILL, | Doc. No. |
| Movant, | Related to Doc. No. 66 |
| v. | |
| GREAT LAKES BEHAVIORAL RESEARCH INSTITUTE , | |
| Respondent. | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on February 7, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

Great Lakes Behavioral Research Institute
Attn: Payroll
9515 Goehring Road
Cranberry Township, PA 16066

EXECUTED ON: February 7, 2022

Respectfully submitted:

 /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com