## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-21547-GLT |
| JONATHAN SCOTT HEMPHILL | Chapter 13 |
| Debtors. | |
| ------------------------------------------------ | |
| JONATHAN SCOTT HEMPHILL, | Doc. No. |
| Movant, | Related to Doc. No. 68 |
| v. | |
| HF MANAGEMENT SERVICES, LLC, | |
| Respondent. | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on February 7, 2022.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

HF Management Services, LLC
Attn: Payroll
100 Church Street, 18th Floor
New York, NY 10007

EXECUTED ON: February 7, 2022        Respectfully submitted:

                                                          /s/ Aurelius Robleto
                                                     Aurelius Robleto
                                                     PA ID No. 94633
                                                     ROBLETO KURUCE, PLLC
                                                     6101 Penn Ave., Ste. 201
                                                     Pittsburgh, PA 15206
                                                     Tel: (412) 925-8194
                                                     Fax: (412) 346-1035
                                                     apr@robletolaw.com