**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JONATHAN SCOTT HEMPHILL                  :           CASE NO. 19-21547-GLT
    Debtor (s)                                                        CHAPTER 13

AND

AMERIFIRST HOME IMPROVEMENT FINANCE
    Creditor

### NOTICE OF CHANGE OF ADDRESS FOR TRUSTEE PAYMENTS

**COMES NOW, creditor** AmeriFirst Home Improvement Finance, and hereby requests that the Trustee payment address on its claim(s) in the instant bankruptcy proceeding be changed to:

**NEW address for creditor payment**
AmeriFirst Home Improvement Finance
1620 Dodge St, Stop 8116
Omaha, NE 68197-8116

**OLD address for creditor payment**
AmeriFirst Home Improvement Finance
11171 Mill Valley Road
Omaha, NE 68154

Court notices to be mailed to:

**NEW address for court notices**
AmeriFirst Home Improvement Finance
1620 Dodge St, Stop 8116
Omaha, NE 68197-8116

**OLD address for court notices**
AmeriFirst Home Improvement Finance
11171 Mill Valley Road
Omaha, NE 68154

**RECEIVED**

DEC 28 2022

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

Aaron Pagan
Bankruptcy Coordinator
Email: apagan@trustamerifirst.com