UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> JONATHAN SCOTT HEMPHILL <br> Debtor. | Bankr. No. 19-21547-GLT <br> Chapter 13 |
| JONATHAN SCOTT HEMPHILL, <br> Movant, <br> v. <br> RONDA J. WINNECOUR, ESQ., <br> Standing Chapter 13 Trustee, <br> Respondent. | Related to Doc. Nos. 1, 75 <br> Doc. No. |

### DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 19, 2023 [~~20123~~], at docket number 75, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: April 27, 2023

Jonathan Scott Hemphill

Respectfully submitted,

/s/ Renee M. Kuruce
Renee M. Kuruce
PA ID No. 314691
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

PAWB Local Form 24 (07/13)