**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JONATHAN SCOTT HEMPHILL <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>         vs. <br> No Respondents. | Case No.:19-21547 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/16/2019 and confirmed on 5/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 186,227.28 |
| Less Refunds to Debtor | 4,268.81 | |
| TOTAL AMOUNT OF PLAN FUND | | 181,958.47 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,300.00 | |
|   Trustee Fee | 8,574.14 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,874.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 83,730.25 | 0.00 | 83,730.25 |
|     Acct: 9236 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 4,952.34 | 4,952.34 | 0.00 | 4,952.34 |
|     Acct: 9236 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 75.00 | 75.00 | 30.38 | 105.38 |
|     Acct: 2743 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: J661 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: J661 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 17,518.97 | 17,518.97 | 0.00 | 17,518.97 |
|     Acct: 3517 | | | | |
| | | | | 106,306.94 |
| **Priority** | | | | |
|   AURELIUS P ROBLETO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN SCOTT HEMPHILL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN SCOTT HEMPHILL | 4,268.81 | 4,268.81 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN CHASE BANK NA | 4,854.91 | 4,854.91 | 0.00 | 4,854.91 |
|     Acct: 5500 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5550 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX7GLT | | | | |
| | | | | 5,164.91 |
| **Unsecured** | | | | |
|   ESA | 4,527.13 | 4,527.13 | 0.00 | 4,527.13 |
|     Acct: 0985 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |

19-21547 | | | | Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0003 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 6,967.59 | 6,967.59 | 0.00 | 6,967.59 |
| Acct: 2005 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 4,646.01 | 4,646.01 | 0.00 | 4,646.01 |
| Acct: 2921 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,759.77 | 4,759.77 | 0.00 | 4,759.77 |
| Acct: 9854 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,600.42 | 1,600.42 | 0.00 | 1,600.42 |
| Acct: 8856 | | | | |
| CHASE BANK USA NA(*) | 8,949.42 | 8,949.42 | 0.00 | 8,949.42 |
| Acct: 3058 | | | | |
| CHASE BANK USA NA(*) | 8,935.59 | 8,935.59 | 0.00 | 8,935.59 |
| Acct: 0967 | | | | |
| CHASE BANK USA NA(*) | 3,393.96 | 3,393.96 | 0.00 | 3,393.96 |
| Acct: 7790 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3018 | | | | |
| MARCUS BY GOLDMAN SACHS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6530 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 693.99 | 693.99 | 0.00 | 693.99 |
| Acct: 0242 | | | | |
| AMERIFIRST HOME IMPROVEMENT FINAN | 8,750.40 | 8,750.40 | 0.00 | 8,750.40 |
| Acct: 2862 | | | | |
| LVNV FUNDING LLC | 3,925.27 | 3,925.27 | 0.00 | 3,925.27 |
| Acct: 0990 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5437 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,462.93 | 1,462.93 | 0.00 | 1,462.93 |
| Acct: 0001 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUNDANCE VACATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WHITNEY HIGGINBOTHAM-HEMPHILL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 58,612.48 |

TOTAL PAID TO CREDITORS                                                                                   170,084.33

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 5,164.91 |
| SECURED | 22,546.31 |
| UNSECURED | 58,612.48 |

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JONATHAN SCOTT HEMPHILL

Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-21547

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-21547-GLT |
|---|---|
| Jonathan Scott Hemphill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathan Scott Hemphill, 6342 Churchill Rd, Bethel Park, PA 15102-3159 |
| 15393850 | | AmeriFirst Home Improvement Finance, 1620 Dodge St., Stop 8116, Omaha, NE 68197-8116 |
| 15034672 | | Jordan Tax Service,, Jordan Tax Services Inc., PO Box 645111, Pittsburgh, PA 15264-5111 |
| 15034676 | | Redbrick/snap Financia, 1415 28th St, West Des Moines, IA 50266-1467 |
| 15034677 | + | Sundance Vacations, Inc., 264 Highland Park Blvd, Wilkes Barre, PA 18702-6711 |
| 15034678 | | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 08:27:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2023 08:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15034664 | | Email/Text: bncnotifications@pheaa.org | Jul 27 2023 14:02:00 | Aes/esa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15064453 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 08:56:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034665 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 08:56:52 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15034666 | | Email/Text: bk@avant.com | Jul 27 2023 08:28:00 | Avant, Attn: Bankruptcy, PO Box 9183380, Chicago, IL 60691-3380 |
| 15034667 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:52 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15052408 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15050789 | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 08:26:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15095574 | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 08:27:00 | County of Allegheny, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15034670 | | Email/Text: bdsupport@creditmanagementcompany.com | Jul 27 2023 08:28:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15048759 | + | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 19-21547-GLT    Doc 85    Filed 07/28/23    Entered 07/29/23 00:28:43    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 27 2023 08:27:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15034671 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 27 2023 08:26:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15064065 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2023 08:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15034668 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 08:56:45 | Chase Auto Finance, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15034669 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 08:56:45 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15050041 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 08:56:40 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 15071854 | ^ | MEBN | Jul 27 2023 08:12:55 | LAKEVIEW LOAN SERVICING LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 15097389 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 08:56:27 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034673 | | Email/Text: camanagement@mtb.com | Jul 27 2023 08:27:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 15034674 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 27 2023 08:27:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15318966 | | Email/Text: peritus@ebn.phinsolutions.com | Jul 27 2023 08:28:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15034675 | ^ | MEBN | Jul 27 2023 08:13:38 | People's Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15071986 | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2023 08:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15070669 | | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 08:56:32 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Lakeview Loan Servicing LLC |
| cr | * | AmeriFirst Home Improvement Finance, 1620 Dodge St., Stop 8116, Omaha, NE 68197-8116 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15050790 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15050792 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023                                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Debtor Jonathan Scott Hemphill apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Renee M. Kuruce | on behalf of Debtor Jonathan Scott Hemphill rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |

TOTAL: 9